# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# Case No. 5:19-cv-00124-KDB-DSC

| | |
|---|---|
| REGGIE REDMON,<br><br>Plaintiff,<br><br>v.<br><br>FLEXSOL PACKAGING CORPORATION,<br><br>Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Reggie Redmon, and Defendant FlexSol Packaging Corporation, by and through undersigned counsel, stipulate to and give notice that all of Plaintiff's claims against Defendant in this lawsuit are hereby dismissed with prejudice, including all claims that were or might have been asserted by Plaintiff in this action. Each party will bear their own costs and attorneys' fees.

Date: August 12, 2021                             Respectfully submitted,

**s/ Cheyenne N. Chambers**                        **/s/ Andrew L. Fitzgerald**
Cheyenne N. Chambers (N.C. Bar #48699)             Andrew L. Fitzgerald (N.C. Bar #31522)
TIN, FULTON, WALKER & OWEN, PLLC                   FITZGERALD LITIGATION
301 East Park Avenue                               119 Brookstown Avenue, Suite 402
Charlotte, NC 28203                                Winston-Salem, NC 27101
Tel.: 704-338-1220                                 Tel: 336-793-4696
Fax: 704-338-1312                                  Fax: 336-793-4696
E-mail: cchambers@tinfulton.com                    E-mail: andy@fitzgeraldlitigation.com

*Counsel for Plaintiff Reggie Redmon*              *Counsel for Defendant FlexSol Packaging Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Stipulation of Voluntary Dismissal with Prejudice with the Clerk of Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: August 12, 2021                              **/s/ Cheyenne N. Chambers**